

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00829-CV

Maria Veronica **GALVAN**,
Appellant

v.

**HYATT REGENCY SAN ANTONIO** and Hyatt Corporation,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-03830
Honorable Tina Torres, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is **REVERSED**, and the cause is **REMANDED** to the trial court for further proceedings. The costs of this appeal are taxed against the appellee.

SIGNED November 26, 2025.

_____
Velia J. Meza, Justice